```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  COURTNEY FEIN, #244785
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   JOSE SANCHEZ-RUIZ
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-10-0442 FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| v. | ) |
|  | ) Date: February 22, 2011 |
| JOSE SANCHEZ-RUIZ | ) Time: 10:00 a.m. |
|  | ) Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) |

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Courtney Fein, Assistant Federal Defender, attorney for Jose Sanchez-Ruiz, that the Court should vacate the status conference scheduled for January 18, 2011, at 10:00 a.m., and reset it for February 22, 2011, at 10:00 a.m.

Counsel for the defendant will require further time to review the plea offer and the pre-sentence report with her client once she receives them.  The parties further stipulate that the Court should exclude the period from the date of this order through February 22, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial

STIPULATION AND ORDER                    1                         Sanchez-Ruiz

1 Act.  The parties stipulate that the ends of justice served by granting
2 the defendant's request for a continuance outweigh the best interest of
3 the public and the defendant in a speedy trial, and that this is an
4 appropriate exclusion of time for defense preparation within the
5 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).
6 Dated: January 10, 2011          Respectfully submitted,
7                                  DANIEL BRODERICK
                                   Federal Defender
8
                                   /s/ C. Fein
9                                  _____
                                   COURTNEY FEIN
10                                 Assistant Federal Defender

11 Dated: January 10, 2011          BENJAMIN B. WAGNER
                                   United States Attorney
12
                                   /s/ C.Fein for
13                                 _____
                                   MICHELE BECKWITH
14                                 Assistant U.S. Attorney

15

16                                **ORDER**

17     **IT IS SO ORDERED.**  The status conference is continued to February
18 22, 2011 at 10:00 a.m.  The court finds that a continuance is necessary
19 for the reasons stated above, and further finds that the ends of
20 justice served by granting a continuance outweigh the best interests of
21 the public and the defendant in a speedy trial.  Time is therefore
22 excluded from the date of this order through February 22, 2011,
23 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
24
25 DATED: January 12, 2011
26                                 _____
                                   FRANK C. DAMRELL, JR.
27                                 UNITED STATES DISTRICT JUDGE

28 STIPULATION AND ORDER             2                          Sanchez-Ruiz