DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
(916) 498-5700

Attorney for Defendant
JOSE SANCHEZ-RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE SANCHEZ-RUIZ, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. 2:10-cr-00442-KJM <br><br> **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date: May 5, 2011 <br> Time: 10:00 a.m. <br> Judge: Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for JOSE SANCHEZ-RUIZ that the status conference hearing date of May 5, 2011 be vacated, and the matter be set for status conference on May 19, 2011 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to pursue a petition to vacate Mr. Sanchez-Ruiz's 1997 felony.  It has come to defense counsel's attention that Mr. Sanchez-Ruiz was convicted in 1997 of the felony forming the basis of this indictment in adult court at the age of seventeen years.  No provision for adult jurisdiction over a minor existed in California Welfare and Institutions Code § 602 at that time.  The San Bernardino Superior Court is currently considering Mr. Sanchez-Ruiz's petition to vacate the conviction.  Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 19,

1 | 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local
2 | Code T4 based upon continuity of counsel and defense preparation.

3 | DATED:  April 22, 2011.                                Respectfully submitted,

4 |                                                                                 DANIEL J. BRODERICK
                                                                                    Federal Public Defender

6 |                                                                                 /s/ Courtney Fein
                                                                                    COURTNEY FEIN
                                                                                    Assistant Federal Defender
7 |                                                                                 Designated Counsel for Service
                                                                                    Attorney for JOSE SANCHEZ-RUIZ

9 | DATED:  April 22, 2011.                                BENJAMIN WAGNER
                                                                                    United States Attorney

11 |                                                                                /s/ Michele Beckwith
                                                                                    MICHELE BECKWITH
                                                                                    Assistant U.S. Attorney
12 |                                                                                Attorney for Plaintiff

13 |                                                      ORDER

14 | UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the
15 | May 5, 2011,  status conference hearing be continued to May 19, 2011, at 10:00 a.m.  Based
16 | on the representation of defense counsel and good cause appearing therefrom, the Court
17 | hereby finds that the failure to grant a continuance in this case would deny defense counsel
18 | reasonable time necessary for effective preparation, taking into account the exercise of due
19 | diligence.  The Court finds that the ends of justice to be served by granting a continuance
20 | outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that
21 | time up to and including the May 19, 2011 status conference shall be excluded from
22 | computation of time within which the trial of this matter must be commenced under the
23 | Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to
24 | allow defense counsel reasonable time to prepare.

25 | Dated:  April 22, 2011.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE